[ * 341 ]

## * ELIZABETH ORROK *versus* her Husband, ALEXANDER ORROK.

*Practice.*—In a libel for a divorce, if the defendant appears to defend, he must put in a plea in writing. Execution ordered to issue for alimony decreed to the wife.

THIS was a libel for a divorce *a mensa et thoro,* for the cruelty of the husband; praying for alimony out of his personal estate, &c. The husband appeared, by his counsel, to defend; and the Court directed the counsel to file a plea in the case, saying that, in all these cases, where there is an appearance, if a defence is intended to be made, there must be an answer in writing.

The plea filed was, "And the said *A. O.* comes and defends, &c., when, &c., and says the allegations, matters and things in the libel contained are false and groundless, and that there is not any cause of divorce as prayed for; and therefore he puts himself on trial, &c."

In this case, a divorce was decreed, and the sum of 1000 dollars allowed as alimony; upon which a question was made whether, under the statute (*a*) giving the Court jurisdiction in cases of this

(*a*) Act *March* 16, 1786.—*Stat.* 1785, *c.* 69.

nature, they should issue execution for the wife against the husband for the sum decreed to her for alimony.

The Court, (*Dana*, C. J., *Strong*, *Sedgwick*, and *Thacher*, justices,) after some consultation on the subject, were of opinion that they might; and accordingly ordered that the wife should have her execution against the husband for the whole sum immediately.

*Stackpole* for the libellant.